**Order entered October 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00703-CR

### THE STATE OF TEXAS, Appellant

### V.

### ASHLEY BETH GAMMILL, Appellee

**On Appeal from the County Criminal Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. MA12-49137**

## ORDER

The Court **DENIES** appellee's October 11, 2013 second motion for extension of time to file appellee's brief.

We **ORDER** appellee to file the brief within **FIFTEEN (15) DAYS** from the date of this order. If appellee's brief is not filed within the specified time, we will submit the appeal without appellee's brief.

/s/      LANA MYERS
         JUSTICE